# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| YOLANDA RIVAS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | Case No. EDCV 07-1284-JWJ<br><br>JUDGMENT |

     **IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED:  March 25, 2009

                                                            /s/
                                              JEFFREY W. JOHNSON
                                              United States Magistrate Judge